Case 2:15-cv-00180-J-BB   Document 18   Filed 03/27/17   Page 1 of 1   PageID 717



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TIM C. BARLOW, § § Plaintiff, § § v. § § NANCY A. BERRYHILL, § Acting Commissioner of Social Security, § § Defendant. § | 2:15-CV-0180 |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying plaintiff disability insurance benefits and supplemental security income benefits. The United States Magistrate Judge entered a Report and Recommendation on March 10, 2017, recommending therein that the decision of the Commissioner be affirmed. Plaintiff filed objections to the Report and Recommendation on March 24, 2017.

The undersigned United States District Judge has made an independent examination of the record in this case. The undersigned hereby OVERRULES plaintiff's objections to the Report and Recommendation, ADOPTS the Report and Recommendation of the Magistrate Judge, and AFFIRMS the administrative decision of the Commissioner.

IT IS SO ORDERED.

ENTERED this 27th day of March 2017.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE